

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

**Michael Rizzio**
 Service-Disabled U.S. Navy Veteran
 Former Vice Chairman, Public Safety Commission
 Plaintiff, Pro Se

v.

**City of Desert Hot Springs**,
**Doria Wilms**, City Manager
**Jennifer Mizrahi**, City Attorney
**Scott Matas**, Mayor
 **City Council Members:** Gary Gardner (District 1), Daniel Pitts (District 2), Jan Pye (District 3), Dirk Voss (District 4), and Mayor Scott Matas
 **City Staff Involved in Dismissal:** Doria Wilms (City Manager), Jennifer Mizrahi (City Attorney), Jerryl Soriano (City Clerk), Frank Luckino (Former City Manager), Police Chief Jim Shaw (involved party, extent to be determined), Former Police Chief Jim Henson (prior oversight role), Ken Mitchell (Former Chairman, Public Safety Commission), Donna Lozano (Current Chairwoman, Public Safety Commission), and Does 1–6
 Defendants.

Case No.: [To be assigned] **EDCV25-01617-MCS (ASx)**

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### 1. Jurisdiction and Venue
 This Court has jurisdiction under 28 U.S.C. § 1331 and 1343(a)(3) for violations of federal law, including the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), Section 504 of the Rehabilitation Act (29 U.S.C. § 794), and 42 U.S.C. § 1983. Venue is proper in the Central District of California, Riverside Division.

### 2. Parties
 Plaintiff Michael Rizzio is a service-disabled U.S. Navy veteran and was appointed Vice Chairman of the Desert Hot Springs Public Safety Commission. He resides in Desert Hot Springs, CA.

Defendants are:

- The City of Desert Hot Springs, a municipal government
- Doria Wilms, City Manager
- Jennifer Mizrahi, City Attorney
- Mayor Scott Matas
- All current members of the City Council
- Unnamed staff (Does 1–10) involved in Plaintiff's removal

### 3. Background
Plaintiff served on the Public Safety Commission and was openly known to be a service-disabled veteran with visible and long-standing impairments. Plaintiff was removed from his appointed role after raising concerns related to public safety misconduct. No interactive process, ADA accommodation, or procedural due process was offered prior to removal.

### 4. Claims for Relief

**Count I – Violation of Title II of the ADA (42 U.S.C. § 12132)**
Defendants failed to accommodate Plaintiff's disability and excluded him from public service participation.

**Count II – Retaliation under ADA and Rehabilitation Act**
Plaintiff was retaliated against for exercising protected rights as a person with a disability.

**Count III – Violation of Civil Rights (42 U.S.C. § 1983)**
Defendants acted under color of law to deprive Plaintiff of First and Fourteenth Amendment rights.

**Count IV – Violation of California Civil Rights Law**
Defendants violated the Unruh Civil Rights Act and related provisions of the California Government Code by denying Plaintiff equal access, reasonable accommodation, and due process on the basis of disability.

### 5. Injunctive Relief Requested
Plaintiff seeks an order requiring:

- Written ADA procedures for all appointed officials
- ADA training for city officials and staff
- Public apology or acknowledgment of ADA violations
- Independent review of dismissal procedures

### 6. Damages
Plaintiff seeks:

- $850,000 in compensatory and punitive damages
- Legal fees and costs (if applicable)

### 7. Jury Demand
Plaintiff demands a trial by jury on all claims so triable.

### 8. Application to Proceed In Forma Pauperis
Plaintiff requests the Court waive filing fees under 28 U.S.C. § 1915 due to financial hardship and submits Form AO 240 as an affidavit of indigency.

**Respectfully submitted,**

Michael Rizzio
Service-Disabled U.S. Navy Veteran
Former Vice Chairman, Public Safety Commission
66604 Desert View Ave
Desert Hot Springs, CA 92240
Email: michaeljosephrizzio@gmail.com
Phone: (760) 660-9713

06/25/2025
*/s/ Michael Joseph Rizzio/*

Michael Rizzio
66604 Desert View Ave
Desert Hot Springs CA. 92240

U.S. District Court – Central District of California
Riverside Division
ATTN: Clerk's Office
George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801





U.S. POSTAGE PAID
FCM LG ENV
DESERT HOT SPRIN
CA 92240
JUN 25, 2025
$10.99
S2324Y502464-06

RDC 99

Retail

9589 0710 5270 0021 3761 36

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY