**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER:

MICHAEL RIZZIO

5:25−cv−01617−RGK−AJR

PLAINTIFF(S)

v.

CITY OF DESERT HOT SPRINGS, et al.

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

DEFENDANT(S).

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Doria Wilms City Manager

Scott Matas Mayor

Gary Gardner City Council Member District 1

Daniel Pitts City Council Member District 2

Jan Pye City Council Member District 3

Dirk Voss City Council Member District 4

Jerryl Soriano City Clerk

Police Chief Jim Shaw

Donna Lozano Current Chairwoman Public Safety Commission

Clerk, U.S. District Court

_ January 12, 2026 _                    By _/s/ ShaRon P Lorenzo_
Date                                              Deputy Clerk

CV−37 (10/01)        DEFAULT BY CLERK F.R. Civ.P. 55(a)